IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| KEITH ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:19-CV-97-DSC |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Andrew Saul has moved this Court pursuant to sentence four of 42 U.S.C. § 405(g) to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's Motion for Remand.

Pursuant to the authority of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), the Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: December 12, 2019

David S. Cayer
United States Magistrate Judge